*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

Frislyne Pierre
Plaintiff

Case No.   3:26-cv-1525

VS.

Warden, Richwood Correctional Facility
et al.
Defendant

Judge   David C Joseph
Magistrate Judge   Carol B Whitehurst

**ORDER**

IT IS ORDERED that Ololade T. Moses be and is hereby admitted to the bar of this

Court pro hac vice on behalf of Frislyne Pierre in the above described action.

SO ORDERED on this, the  13th  day of  May , 2026.

U.S. Magistrate Judge